U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Xin He, et al.

vs.

Michael Chertoff, Secretary of Department of Homeland Security, et al.

No. 1:07-CV-01449 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Complaint for Writ of Mandamus, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:31 pm on August 22, 2007, I served Jeffrey A. Taylor, US Attorney for the District of Columbia at 501 3rd Street, NW, Suite 4500, Washington, DC 20530 by serving Gary Nails, Document Clerk, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     25
HEIGHT-  5'10"
HAIR-    BLACK
WEIGHT-  170
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-23-07
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193253

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Xin HE and Lin PAN

**SUMMONS IN A CIVIL CASE**

V.

Michael CHERTOFF, Secretary of Department of Homeland Security, et al.

[THE DEPARTMENT OF JUSTICE]

CASE NUMBER:   1:07-cv-01449 PLF

TO: (Name and address of Defendant)

Jeffrey A. Taylor, US Attorney for the District of Columbia
501 3rd Street, NW, Suite 4500
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas O'Brien
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

AUG 22 200[7]

CLERK

DATE

(By) DEPUTY CLERK