## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin HE and Lin PAN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Michael CHERTOFF, et al., )<br><br>Defendants. ) | Civil Action No. 1:07-CV-01449 (PLF) |

### AFFIDAVIT OF MAILING

I, Thomas J. O'Brien, counsel for plaintiffs, hereby state as follows:

On the 23rd day of August, 2007, I caused to be deposited in the U. S. Mail a copy of the summons and complaint in the above captioned case, by certified mail, postage prepaid, return receipt requested, restricted delivery, addressed to defendant Robert Mueller, III, in his capacity as Director of the Federal Bureau of Investigation.

To date, I have not received the return receipt (No. 7002 0510 0003 7997 4444) showing delivery. Nevertheless, confirmation that the summons and complaint was delivered is available from tracking information obtained from the U.S. Postal Service website. The tracking information is attached. It shows that the summons and complaint was delivered on August 28, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 20, 2007

Thomas J. O'Brien (#388696)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
202-739-5786 (Telephone)
202-739-3001 (Facsimile)
to'brien@morganlewis.com

Counsel for Plaintiffs



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 0510 0003 7997 4444**
Status: **Delivered**

Your item was delivered at 3:22 AM on August 28, 2007 in
WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20033

| | | |
|---|---|---|
| Postage | $ | $0.92 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.72 |

08/23/2007

Sent To
Robert Mueller, III
Street,
or PO B.
City, Sta

**Robert Mueller, III**
**Director, Federal Bureau of Investigation**
**J. Edgar Hoover Building**
**935 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20535-0001**

7002 0510 0003 7997 4444

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Robert Mueller, III<br>Director, FBI<br>J. Edgar Hoover Building<br>935 Penn. Ave., NW<br>Washington, DC  20535-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7002 0510 0003 7997 4444 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

Lauren J. Aucoin
Morgan Lewis & Bocklus, LLP
1111 Pennsylvania Ave.,
Washington, DC 20004