UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin HE and Lin PAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Michael CHERTOFF, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-CV-01449 (PLF) |

## AFFIDAVIT OF MAILING

I, Thomas J. O'Brien, counsel for plaintiffs, hereby state as follows:

On the 23rd day of August, 2007, I caused to be deposited in the U. S. Mail the attached transmittal letter containing a copy of the summons and complaint in the above captioned case, by certified mail, postage prepaid, return receipt requested, restricted delivery, addressed to the Office of General Counsel, Department of Homeland Security, for each of the following defendants in this action:

> Michael CHERTOFF;
> THE DEPARTMENT OF HOMELAND SECURITY;
> Emilio T. GONZALEZ;
> U.S. CITIZENSHIP AND IMMIGRATION SERVICES;
> Evelyn UPCHURCH;
> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, TEXAS SERVICE CENTER.

I have received the receipt for the certified mail, No. 7002 0510 0003 7997 4260 (copy attached hereto), indicating that delivery of the summons and complaint was made upon the foregoing named defendants on the 30th day of August, 2007.

1-WA/2827821.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 20, 2007

_____
Thomas J. O'Brien (#388696)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
202-739-5786 (Telephone)
202-739-3001 (Facsimile)
to'brien@morganlewis.com

Counsel fro Plaintiffs

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewisresources.com

# Morgan Lewis
## Resources

**Thomas J. O'Brien**
Of Counsel
202.739.5186
to'brien@morganlewis.com

August 23, 2007

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED (#7002 0510 0003 7997 4260)**

Office of the General Counsel
United States Department of Homeland Security
20 Massachusetts Ave., NW
Washington, DC 20528

Re:   Xin He, et al. v. Michael Chertoff, et al.; No. 1:07-cv-1449 (D.D.C., Aug. 10, 2007)

Dear Sir or Madam:

Pursuant to Fed. R. Civ. P. 4(i)(2)(A), enclosed please find a copy of the complaint and original, embossed summons for each of the Department of Homeland Security ("DHS") officers and agencies named as defendants in the above-referenced action and listed below:

   Michael CHERTOFF, Secretary of Department of Homeland Security;
   THE DEPARTMENT OF HOMELAND SECURITY;
   Emilio T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;
   U.S. CITIZENSHIP AND IMMIGRATION SERVICES;
   Evelyn UPCHURCH, Director, U.S. Citizenship and Immigration Services, Texas
   Service Center;
   U.S. CITIZENSHIP AND IMMIGRATION SERVICES, TEXAS SERVICE
   CENTER

In accordance with 6 C.F.R. § 5.42(a), we understand that your office is authorized to receive and accept summonses on behalf of DHS agencies or employees. If this information is not correct, I ask that you so advise me immediately.

Sincerely,

*Thomas O'Brien /LJL*
Thomas J. O'Brien
Enclosures

1-WA/2812802.1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]    ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>AUG 3 0 2007 |
| 1. Article Addressed to:<br>Office of the General Counsel<br>U.S. DHS<br>20 Massachusetts Ave., NW<br>Washington, DC  20528<br><br>SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7002 0510 0003 7997 4260 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540