UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin HE and Lin PAN,         )<br>                               )<br>            Plaintiffs,          )<br>                               )<br>     v.                        )<br>                               )<br>Michael CHERTOFF, et al.,      )<br>                               )<br>            Defendants.         )<br>_____) | Civil Action No. 1:07-CV-01449 (PLF) |

### AFFIDAVIT OF MAILING

I, Thomas J. O'Brien, counsel for plaintiffs, hereby state as follows:

On the 23rd day of August, 2007, in accordance with Fed. R. Civ. P. 4(i)(1)(B) and 4(i)(2)(A), I caused to be deposited in the U. S. Mail the attached transmittal letter containing copies of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the Attorney General of the United States.

I have received the receipt for the certified mail, No. 7002 0510 0003 7997 4390 (copy attached hereto), indicating that delivery of the summons and complaint was made upon the Office of the Attorney General on the 27th day of August, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 20, 2007

_____
Thomas J. O'Brien (#388696)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
202-739-5786 (Telephone)
202-739-3001 (Facsimile)
to'brien@morganlewis.com
Counsel for Plaintiffs

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Thomas J. O'Brien**
Of Counsel
202.739.5186
to'brien@morganlewis.com

August 23, 2007

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED (#7002 0510 0003 7997 4390)**

The Honorable Alberto R. Gonzales
United States Attorney General
The U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Re:   Xin He, et al. v. Michael Chertoff, et al.; No. 1:07-cv-1449 (D.D.C., Aug. 10, 2007)

Dear Attorney General Gonzales:

Pursuant to Fed. R. Civ. P. 4(i)((1)(B), enclosed please find a copy of the summons and complaint for each of the defendants listed below and named in the above-referenced action:

Michael CHERTOFF, Secretary of Department of Homeland Security;
THE DEPARTMENT OF HOMELAND SECURITY;
Emilio T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;
U.S. CITIZENSHIP AND IMMIGRATION SERVICES;
Robert MUELLER III, Director, Federal Bureau of Investigation;
THE FEDERAL BUREAU OF INVESTIGATION;
Evelyn UPCHURCH, Director, U.S. Citizenship and Immigration Services, Texas Service Center;
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, TEXAS SERVICE CENTER;
Alberto GONZALES, United States Attorney General;
THE DEPARTMENT OF JUSTICE

Sincerely,

*Thomas O'Brien*

Thomas J. O'Brien
Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>AUG 2 7 2007 |
| 1. Article Addressed to:<br><br>The Hon. Alberto Gonzales<br>U.S. Attorney General<br>The U.S. Dept. of Justice<br>950 Penn. Ave., NW<br>Washington, DC  20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>    (Transfer from service label)     7002 0510 0003 7997 4390 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |