UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin HE and Lin PAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Michael CHERTOFF, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-CV-01449 (PLF) |

### AFFIDAVIT OF MAILING

I, Thomas J. O'Brien, counsel for plaintiffs, hereby state as follows:

On the 23rd day of August, 2007, I caused to be deposited in the U. S. Mail a copy of the summons and complaint in the above captioned case, by certified mail, postage prepaid, return receipt requested, restricted delivery, addressed to defendant U.S. Department of Justice.

I have received the receipt for the certified mail, No. 7002 0510 0003 7997 4406 (copy attached hereto), indicating that delivery of the summons and complaint was made upon the U.S. Department of Justice on the 28th day of August, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 20, 2007

*Thomas J. O'Brien* (signature)
Thomas J. O'Brien (#388696)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
202-739-5786 (Telephone)
202-739-3001 (Facsimile)
to'brien@morganlewis.com
Counsel for Plaintiff

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>AUG 2 8 2007 |
| 1. Article Addressed to:<br>The U.S. Dept. of Justice<br>950 Penn. Ave., NW<br>Washington, DC  20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0510 0003 7997 4406 |
| PS Form 3811, February 2004 | Domestic Return Receipt        102595-02-M-1540 |