UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Kevin HE and Lin PAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-01449 (PLF) |
| ) | |
| Michael CHERTOFF, et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF MAILING

I, Thomas J. O'Brien, counsel for plaintiffs, hereby state as follows:

On the 23rd day of August, 2007, I caused to be deposited in the U. S. Mail a copy of the summons and complaint in the above captioned case, by certified mail, postage prepaid, return receipt requested, restricted delivery, addressed to defendant Federal Bureau of Investigation.

To date, I have not received the return receipt (No. 7002 0510 0003 7997 4437) showing delivery of the materials. Nevertheless, confirmation that the summons and complaint was delivered is available from tracking information obtained from the U.S. Postal Service website. The tracking information is attached. It shows that the summons and complaint was delivered on August 28, 2007.

1-WA/2827840.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 20, 2007

*Thomas O'Brien*
Thomas J. O'Brien (#388696)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
202-739-5786 (Telephone)
202-739-3001 (Facsimile)
to'brien@morganlewis.com

Counsel for Plaintiffs



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 0510 0003 7997 4437**
Status: **Delivered**

Your item was delivered at 3:22 AM on August 28, 2007 in WASHINGTON, DC 20535.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS          site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust                   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          9/19/2007



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                      ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br>The Federal Bureau of Investigation<br>935 Penn. Ave., NW<br>J. Edgar Hoover Building<br>Washington, DC  20535-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)    7002 0510 0003 7997 4437 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

Lauren J. Aucoin
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave.,
Washington, DC 20004