# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

XIN HE, LIN PAN,                              )
                                              )
                    Plaintiffs,               )
                                              )
          v.                                  )   Case Number:  1:07CV1449 (PLF)
                                              )
Michael Chertoff, Secretary of Department     )
of Homeland Security, et al.,                 )
                                              )
                    Defendants.               )
_____      )

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney

Robin M. Meriweather as counsel for Defendants in the above-captioned action.

Dated: October 19, 2007                    Respectfully submitted,


          /s/ Robin M. Meriweather
          ROBIN M. MERIWEATHER, D.C. Bar. # 490114
          Assistant United States Attorney
          555 Fourth St., N.W.
          Washington, D.C.  20530
          Phone: (202) 514-7198
          Fax: (202) 514-8780
          Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2007, I caused the foregoing Notice of

Appearance to be filed and served via the Court's Electronic Case Filing system or, should I

receive notice from the ECF system that electronic service was unsuccessful, to be served upon

plaintiffs by first-class mail, postage prepaid, addressed as follows:

Thomas O'Brien
Lauren Aucoin
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

    /s Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114