UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIN HE, LIN PAN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case Number: 1:07CV1449 (PLF) |
| | ) |
| Michael Chertoff, Secretary of Department | ) |
| of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff, et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due November 21, 2007. Defendants' answer currently is due October 22, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs to obtain Plaintiffs' position on this motion. Counsel for Plaintiff indicated that they do not oppose this motion. In support of this motion, Defendants state as follows:

This is an immigration case, arising out of Form I-485 applications for adjustment of status filed by Plaintiffs, who are citizens of the People's Republic of China. Plaintiffs filed a mandamus complaint asking the Court to compel USCIS to complete adjudication of Plaintiffs' I-485 applications.

Defendants wish to answer Plaintiffs' Complaint expeditiously. However, to prepare an answer, or otherwise respond to the complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning

Plaintiff's factual allegations, and the facts that support any defense Defendants may raise. Counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: October 19, 2007

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of October 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas O'Brien
Lauren Aucoin
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

                                            /s Robin M. Meriweather
                                      ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIN HE, LIN PAN, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Case Number: 1:07CV1149 (PLF) <br> ) |
| Michael Chertoff, Secretary of Department of Homeland Security, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by November 21, 2007.

SO ORDERED.

_____
United States District Judge