UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIN HE, LIN PAN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Michael Chertoff, Secretary of Department<br>of Homeland Security, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case Number: 1:07CV1449 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

　　Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff, et al., through undersigned counsel, hereby request that the Court grant Defendants a 14-day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due December 5, 2007. Defendants' answer currently is due November 21, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs to obtain Plaintiffs' position on this motion. Counsel for Plaintiff indicated that they do not oppose this motion. In support of this motion, Defendants state as follows:

　　This is an immigration case, arising out of Form I-485 applications for adjustment of status filed by Plaintiffs, who are citizens of the People's Republic of China. Plaintiffs filed a mandamus complaint asking the Court to compel USCIS to complete adjudication of Plaintiffs' I-485 applications.

　　Defendants seek this enlargement due to the demanding schedule of their counsel. Counsel for Defendants has made a good faith effort to complete Defendants' answer/responsive pleading in advance of the current deadline. However, due to conflicts that have arisen in other

cases, she will need additional time to prepare Defendants' responsive pleading. Specifically, at approximately 4:30 p.m. on November 19, 2007, counsel for Defendants received an order in a preliminary injunction matter requiring expedited briefing of a jurisdictional issue — with Defendant's brief due Friday November 21st at noon. In addition, counsel for Defendant will be in a deposition on November 20, 2007, in connection with a constitutional class action, which could not be rescheduled; counsel for Defendant has additional depositions in that case November 27, 28th, and 30th. Finally, due to the Thanksgiving holiday, counsel for Defendant will be traveling November 22nd through November 26th. This 14-day enlargement would allow counsel for Defendants to prepare a response to the complaint in this case while honoring her obligations in those other matters.

Defendants have requested one prior enlargement of this deadline. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 14 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: November 20, 2007

Respectfully submitted,

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 20th day of November 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas O'Brien
Lauren Aucoin
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

                                            /s Robin M. Meriweather
                                       ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIN HE, LIN PAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case Number:  1:07CV1149 (PLF) |
| Michael Chertoff, Secretary of Department ) | |
| of Homeland Security, et al., ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by December 5, 2007.

SO ORDERED.

 _____
 United States District Judge