## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIN HE & LIN PAN,                ) <br>                       ) <br>         Plaintiffs,        ) <br>                       ) <br>    v.                   )   Case Number: 1:07CV1449(PLF) <br>                       ) <br> MICHAEL CHERTOFF, Secretary of the  ) <br> United States Department of Homeland    ) <br> Security, et al.,                ) <br>         Defendants.      ) <br>                       ) | |

### MOTION TO DISMISS OR TRANSFER

Defendants Michael Chertoff, et al., through undersigned counsel, hereby move for dismissal of the complaint pursuant to Rule 12(b)(1) for lack of jurisdiction or, in the alternative, pursuant to Rule 12(b)(6) for failure to state a claim. In the alternative, Defendants move that the case be transferred to the Northern District of Texas. A proposed order and memorandum of points and authorities are attached hereto.

Dated: December 5, 2007                Respectfully submitted,

                                      /s/
                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                             United States Attorney

                                      /s/
                             RUDOLPH CONTRERAS, D.C. BAR #434122
                             Assistant United States Attorney

                                   /s/ Robin M. Meriweather
                             ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                             Assistant United States Attorney
                             555 Fourth St., N.W.
                             Washington, D.C.  20530
                             Phone: (202) 514-7198 Fax: (202) 514-8780
                             Robin.Meriweather2@usdoj.gov