UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIN HE, LIN PAN, | ) )   ) |
| Plaintiffs, | ) ) |
| v. | )   Case Number:  1:07CV1449 (PLF) ) |
| Michael Chertoff, Secretary of Department of Homeland Security, et al., | ) ) ) ) |
| Defendants. | ) ) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

    Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff, et al., through undersigned counsel, hereby request that the Court grant Defendants a 21-day enlargement of time to file a reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss or in the Alternative to Transfer, making Defendants' reply due January 24, 2008.  Defendants' reply currently is due January 3, 2008.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs to obtain Plaintiffs' position on this motion.  Plaintiffs' counsel had not yet responded as of the time Defendants filed this motion.  In support of this motion, Defendants state as follows:

    This is an immigration case, arising out of Form I-485 applications for adjustment of status filed by Plaintiffs, who are citizens of the People's Republic of China.  Plaintiffs filed a mandamus complaint asking the Court to compel USCIS to complete adjudication of Plaintiffs' I-485 applications.  Defendants moved to dismiss the complaint, and Plaintiffs filed an opposition memorandum December 20, 2007.

    There is good cause to grant this enlargement.  Defendants wish to prepare their reply

brief expeditiously. However, in light of the holidays and the demanding schedule of counsel for Defendants, Defendants respectfully request additional time in which to complete the reply brief. Specifically, due to holiday travel, counsel for Defendants was unable to prepare the reply brief the week of December 24th. Counsel for Defendants intended to prepare the reply brief after returning from holiday travel. However, upon her return, she was assigned four new cases in which preliminary injunction motions were filed with the complaint; gathering the facts, contacting the agency attorneys, and preparing the opposition memoranda in those four preliminary injunction matters has required a significant amount of counsel's time, and will likely fully occupy counsel for the next week. Counsel for Defendants also has an opposition to a motion for summary judgment due January 3, 2008 and two summary judgment reply briefs due January 4, 2008. Defendants seek a three week enlargement, rather than a shorter period of time, because of counsel's other conflicting obligations including a deposition January 10, 2008, and travel to San Francisco, California for a January 18, 2008 Ninth Circuit oral argument. This 21-day enlargement would allow counsel for Defendants to prepare a reply memorandum in this case while honoring her obligations in those other matters.

      Defendants have requested two prior enlargements of other deadlines, and no prior enlargements of the deadline for submitting a reply. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 21 days to submit a reply should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time.

Dated: December 31, 2007

Respectfully submitted,

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of December 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas O'Brien
Lauren Aucoin
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

                                        /s Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| XIN HE, LIN PAN,  )  <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> Michael Chertoff, Secretary of Department ) <br> of Homeland Security, <u>et al.</u>,  ) <br> ) <br> Defendants.  ) <br> ) | Case Number: 1:07CV1149 (PLF) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Reply, it is this _____ day of _____, 200___,

ORDERED that Defendants' Motion for Extension of Time to File Reply be and is hereby GRANTED.

It is further ORDERED that Defendants' reply is due January 24, 2008.

SO ORDERED.

_____
United States District Judge