IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin HE and Lin PAN, <br><br> Plaintiffs, <br><br> v. <br><br> Michael CHERTOFF, Secretary of Department of Homeland Security, et al. <br><br> Defendants. | Civil Action No. 1:07-CV-01449 (PLF) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Plaintiffs have little doubt that counsel for Defendants has an active caseload with demanding deadlines. In this extension request, counsel has enumerated various other commitments, all legitimate, and asks this Court for relief so that her other cases, with deadlines coming up after the due date for the reply in this case, can go forward on schedule and without interruption.

Plaintiffs' concern with this extension request is that it has an all too familiar ring. Throughout their 4½-year odyssey seeking a decision on their green card applications, when it comes to their case, something else inevitably comes along to take priority, so Plaintiffs must wait as the government attends to other business. Plaintiffs do not quarrel with the proposition that Defendants' counsel cannot meet every deadline. They question, however, why the government did not seek extensions in the other cases or find other ways to relieve the near-term burden on counsel, a burden that evidently was made heavier after the filing of Plaintiffs' opposition here by the assignment to counsel of four

newly-filed actions seeking preliminary injunctions. After all, at issue here is the reply for the government's motion to dismiss, the deadline for which has been known to counsel since November 20, 2007, when Defendants filed their second consent motion for an extension of time in which to respond to Plaintiffs' Complaint.

At the end of the day, Plaintiffs acknowledge that the additional three weeks requested by Defendants for the reply is not, in the larger scheme of things, an issue as to which they are prepared to draw the proverbial line in the sand. They therefore do not oppose the requested extension. Instead, they submit this response to object to what seems to be a widespread attitude among Defendants that this case has very little priority and that Plaintiffs simply must accept that they will have to wait until the government can find time to deal with their issues.

                                        Respectfully submitted,

                                        /s/_____
                                        Thomas J. O'Brien #388696
                                        Lauren Aucoin #488945
                                        Morgan Lewis & Bockius LLP
                                        1111 Pennsylvania Avenue, NW
                                        Washington, DC  20004
                                        (202) 739-5186 (Telephone)
                                        (202) 739-3001 (Facsimile)
                                        to'brien@morganlewis.com (E-mail)
                                        laucoin@morganlewis.com (E-mail)

Dated: January 2, 2008

                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January 2008, I caused the foregoing Plaintiffs' Response to Defendant's Motion for Extension of Time to File Reply to be filed and served via the electronic case filing system upon:

>Robin M. Meriweather, Esq.
>Assistant United States Attorney
>Office of the United States Attorney
>for the District of Columbia
>555 Fourth Street, NW
>Washington, DC 20530
>E-mail: robin.meriweather2@usdoj.gov

>/s/_____
>Thomas J. O'Brien #388696
>Morgan Lewis & Bockius LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC  20004
>(202) 739-5186 (Telephone)
>(202) 739-3001 (Facsimile)
>to'brien@morganlewis.com (E-mail)

>Attorneys for Plaintiffs