## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Xin HE and Lin PAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-01449 (PLF) |
| ) | |
| Michael CHERTOFF, Secretary of ) | |
| Department of Homeland Security, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby give notice that their counsel has received written confirmation from counsel for Defendants that Plaintiffs' green card applications have been approved finally by Defendant United States Citizenship and Immigration Services. Accordingly, Plaintiffs hereby voluntarily dismiss this action without prejudice, each party to bear, his, her, or its own costs and fees.

Respectfully submitted,

/s/
Thomas J. O'Brien #388696
Lauren Aucoin #488945
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 739-5186 (Telephone)
(202) 739-3001 (Facsimile)
to'brien@morganlewis.com (E-mail)
laucoin@morganlewis.com (E-mail)

Dated:  January 22, 2008

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January 2008, I caused the foregoing Plaintiffs' Notice of Voluntary Dismissal to be filed and served electronically via the court's CM/ECF system, as a result of which notification of such filing will be made electronically upon:

Robin M. Meriweather, Esq.
Assistant United States Attorney
Office of the United States Attorney
for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
E-mail: robin.meriweather2@usdoj.gov

/s/
Thomas J. O'Brien #388696
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5186 (Telephone)
(202) 739-3001 (Facsimile)
to'brien@morganlewis.com (E-mail)

Attorneys for Plaintiffs